# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LAWONDA TURNER**                                                      **PLAINTIFF**

**V.**                 **NO. 4:23-CV-00684-JTK**

**SOCIAL SECURITY ADMINISTRATION**                   **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 6th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE